## 28253. TAYLOR v. STAPP.

UNDERCOFLER, Justice. This appeal is before this court on the denial of purported interlocutory injunctions. The record shows that the appellant filed motions to restrain the appellee from threatening to bankrupt to defeat an anticipated judgment, to restrain the Atlanta Law Department and the Atlanta city attorney from defending the defendant, and to restrain the Atlanta police from destroying public records. The trial court denied the motions without a hearing. No certificate of immediate review was filed. A motion to dismiss the appeal for prematurity has been filed in this court. *Held:*

The motion to dismiss the appeal is granted. The motion to restrain the appellee from threatening to bankrupt to defeat an anticipated judgment is not a matter for interlocutory injunction. The other motions seeking restraining orders are against parties who are not parties to this claim. Therefore, this appeal is not from the denial of an interlocutory injunction as

may be directly appealed under the provisions of Code Ann. § 6-701 (a) (1, 3) (Ga. L. 1965, p. 18; 1968, pp. 1072, 1073).

*Appeal dismissed. All the Justices concur.*

SUBMITTED SEPTEMBER 14, 1973 — DECIDED OCTOBER 4, 1973 — REHEARING DENIED OCTOBER 25, 1973.

*E. B. Shaw,* for appellant.

*Ralph H. Witt, Henry L. Bowden,* for appellee.